# Chapter 13 Plan

Case No.: _____

Debtor(s): Markus Jamal Marks
SSN#: XXX-XX-4921
SSN#: XXX-XX-

Net Monthly Earnings:
Number of Dependents: 1

**I. Plan Payments:**
 (X) Debtor(s) propose to pay a periodic payment of $345 ( ) weekly ( )biweekly ( )semi-monthly (X) monthly into the plan; or
 ( ) Payroll deduction Order: To     for $ ( ) weekly ( )biweekly ( )semimonthly ( )monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $19,770

**II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:**

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULE AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

B. Total Attorney Fee: $2,500; $0 paid pre-petition; $450 to be paid at confirmation and $50 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid BY DEBTOR | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposes Interest Rate | Proposed Fixed Payment | Fixed Payment to begin |
|---|---|---|---|---|---|---|---|---|
| Car Max Auto Finance | $100 | $13,917.19 | $13,917.19 | $0.00 | 2010 Chevrolet HHR | 5% | $270.61 | After Confirmation |

III. Other debts (<u>not shown in 1 or 2 above</u>) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| none | | | | |

**IV. Special Provisions:**
 (X) This is an original plan.
 ( ) This is an amended Plan replacing Plan dated:
 (X) This plan proposes to pay unsecured creditors 0%
 **Other Provisions**:

 (1) Debtor proposes to pay all secured and priority creditors over 58 months.

 (2) Debtor proposes to surrender one 2006 Ford Mustang to Alabama One Credit Union

The Law Firm of Eric M. Wilson
1902 8th Street
Tuscaloosa, AL 35401
(205) 349-1280

Date: 8-22-13

Signature of Debtor

_____    _____
Date            Signature of Debtor